IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GLENN WHITFIELD                                                                                    PLAINTIFF

v.                                        NO. 4:10CV01105 JLH

DALE BRUNS DEVELOPMENT, INC., as
agents of MCDONALD'S CORPORATION                                                DEFENDANT

## ORDER OF DISMISSAL

The parties have filed a stipulation stating that this action has been settled and should be dismissed with prejudice. Accordingly, this action is dismissed with prejudice, with each party to bear his own attorneys' fees and costs.

IT IS SO ORDERED this 29th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE